# MAHFOOZ UR REHMAN, M.B.B.S

PUNJAB INSTITUTE OF CARDIOLOGY
Director of Hematology
Jail Road,
Lahore, Pakistan
9203051-65

---

20-07-2017

To: Amanullah Khan
17417 Parthenia Street
Northridge, CA 91304
1-747-206-3304

Re: Abdul Rehman Khan

Dear Mr. Khan:

I have been treating your father for many years now and I regret to inform you that the unsuccessful nature of our treatment efforts has begun to show.

We have placed your father in the Punjab Institute of Cardiology. He has been there for over a week now; and, we appear to be quickly losing this battle. He is bleeding internally from both his lungs and his heart. His previous history of lung problems (having only half a lung remaining due to tuberculosis in the 1950's) is further complicating this issue.

Your father has frequently indicated to me that he wishes to speak with you face to face before he passes about items which may concern both you and your family. I am not sure how long your father can be expected to survive, but I would be thinking in terms of weeks rather than months.

Please advise me of your intentions.

*[signature] 20/7*
Mahfooz Ur Rehman, M.B.B.S

Exhibit A